**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/17/24___
```

HILA SHALOM BERNSTEIN, et al.

                    Plaintiffs,

        – against –

KIMBERLY-CLARK CORPORATION,

                    Defendant.

24-cv-0325 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Thirty days have elapsed since the Court entered an Order directing the parties to complete the pre-motion exchange of letters described in the Court's Individual Practices before requesting leave to file a motion to dismiss.

    Accordingly, Defendant Kimberly-Clark Corporation is hereby directed, within 14 days of the date of this Order, to answer the Complaint in this action or otherwise to initiate the pre-motion letter exchange required before it may request leave to file a motion to dismiss.

**SO ORDERED.**

Dated:    May 17, 2024
          New York, New York

                                    _____
                                    Victor Marrero
                                    U.S.D.J.