```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/2/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNSTEIN et al.,

                Plaintiffs,

- against -

KIMBERLY-CLARK CORP.,

                Defendant.

24-cv-325 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    Within five days of the date of this Order, the parties are hereby directed to provide an update to the Court with respect to the status of this case and whether further litigation is contemplated.

    Failure to comply with this Order may result in a dismissal of this action.

**SO ORDERED.**

Dated:    October 2, 2024
            New York, New York

                                        _____
                                        Victor Marrero
                                        U.S.D.J.